# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER ADAM DOLLAR,

    *Petitioner*,

vs.

GREGORY SMITH, *et al.*,

    *Respondents*.

2:13-cv-01952-JCM-GWF

ORDER

Following upon the notice (#7) of appearance by petitioner's counsel in this habeas matter,

IT IS ORDERED that the federal public defender's office is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B), with Jason F. Carr, Esq., appearing as petitioner's counsel of record.

IT FURTHER IS ORDERED that petitioner shall have until up to and including one hundred twenty (120) days from entry of this order within which to file an amended petition. Neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding of a basis for tolling during the time period established.  Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely asserting claims.  The court will screen the amended petition prior to ordering a response.

IT FURTHER IS ORDERED that any additional state court record exhibits filed herein by either petitioner or respondents shall be filed with a separate index of exhibits identifying the exhibits by number.  The CM/ECF attachments that are filed further shall be identified by the number or numbers of the exhibits in the attachment**. The hard copy of any exhibits**

**filed by either counsel shall be delivered -- for this case -- to the clerk's office in Las Vegas.**

The clerk shall send a copy of this order to the CJA coordinator for this division.

DATED: January 30, 2014.

_____
JAMES C. MAHAN
United States District Judge