UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| CHRISTOPHER ADAM DOLLAR, | Case No. 2:13-cv-01952-JCM-GWF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| GREGORY SMITH, et al., | |
| Respondents. | |

This counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is before the court on motions for extension of time by both parties. Good cause appearing,

**IT IS ORDERED** that respondents' motion for extension of time to file their answer (ECF No. 42) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that petitioner's motion for extension of time to file his reply (ECF No. 44) is **GRANTED**. Petitioner shall file his reply on or before July 11, 2018.

DATED: June 6, 2018.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE