Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jason F. Carr
Assistant Federal Public Defender
Nevada State Bar No. 006587
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jason_Carr@fd.org

Attorney for Petitioner **Dollar**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Christopher Adam Dollar, | Case No. 2-13-cv-01952-JCM-GWF |
| Petitioner, | |
| v. | **Unopposed Motion For Extension Of Time To File Reply** |
| Harold Wickham, Warden; Attorney General Of The State Of Nevada, | **(Fifth Request)** |
| Respondents. | |

Petitioner Christopher Adam Dollar moves this Court for an extension of time of fifteen (15) days from September 5, 2018, to September 20, 2018, to file his Reply. This motion is based on the attached declaration of counsel and the files and records in this case.

DATED this 5th day of September 2018.

                                      Respectfully submitted,

                                      Rene L. Valladares
                                      Federal Public Defender

                                      */s/Jason F. Carr*
                                      Jason F. Carr
                                      Assistant Federal Public Defender

DECLARATION OF JASON F. CARR

STATE OF NEVADA     )
                    )   ss:
COUNTY OF CLARK     )

I, JASON F. CARR, hereby declare under penalty of perjury that the following is true and correct:

1. On November 28, 2017, this Court entered an order requesting the Respondent's to file an Answer to Petitioner's Petition. ECF 41. Respondent's filed their Answer on March 13, 2018. ECF 43. Petitioner previously was granted four extensions of time. ECFs 44-49.

2. This is a fifth request for an extension of time. Counsel is seeking an extension of fifteen days, to and including September 20, 2018.

3. The reason for this request is that counsel fell ill with a continuing respiratory ailment in the beginning of the week.  Because of this, and a Ninth Circuit Opening Brief deadline in Irive v. Gentry, Warden, CA No. 18-15927, due on September 7, 2018, counsel needs a bit more time to file this pleading.

4. Further, the Federal Public Defender recently transferred to a new calendar and email system.  Some deadlines, including the Dollar Reply brief deadline, did not transfer after the transition.  Because of this, counsel did not realize Dollar was due today until today.

5. For the reasons stated above, as well as the files and records in this case, I ask this Court to grant my request for an extension of time of fifteen days, to or before

September 20, 2018. This motion is not filed for the purposes of delay but in the interests of justice, as well as in the interests of Mr. Dollar.

6. On August 21, 2018, Deputy Attorney General Heidi Parry Stern indicated that she had no objection to this request, provided that Respondents' non-opposition is not deemed an implied finding of any applicable time period limitations or the waiver of any other procedural defense. Petitioner at all times remains responsible for calculating any limitations periods. Dollar understands that, in granting an extension request, this Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are timely.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 5th day of September, 2018.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/Jason F. Carr*
Jason F. Carr
Assistant Federal Public Defender

**It is Ordered** that Petitioner's Reply will be filed on or about September 20, 2018.

DATED September 18, 2018.

UNITED STATES DISTRICT
COURT JUDGE

4

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: Heidi Parry Stern.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

Christopher Adam Dollar
#1063463
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

> /s/ Adam Dunn
> An Employee of the
> Federal Public Defender