UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| CHRISTOPHER ADAM DOLLAR, | Case No. 2:13-cv-01952-JCM-GWF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| GREGORY SMITH, et al., | |
| Respondents. | |

This counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is before the court on motions for extension of time by both parties. Good cause appearing,

**IT IS ORDERED** that petitioner's second, fourth, and sixth motions for extension of time to file a reply to the answer (ECF Nos. 46, 48, and 53) are all **GRANTED** *nunc pro tunc.*

**IT IS FURTHER ORDERED** that respondents' motion for extension of time to respond to petitioner's motion for a *Martinez v. Ryan* hearing (ECF No. 57) is **GRANTED**. Respondents shall file their response on or before December 10, 2018.

DATED: October 15, 2018.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1